FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30  AM 11: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO.  00-319 |
| v. | * | SECTION: "D" |
| HARRY HANDY | * | |
| | * * * | |

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Tony Gordon Sanders

be substituted for John Morrello as counsel of record for the United States of America.

New Orleans, Louisiana this ___29th___ day of ___January___, 2007.

HONORABLE A. J. McNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____